Copies Mailed/Faxed 9-11-20
Chambers of Vincent L. Briccetti  JM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
GERALDO MENA,
             Plaintiff,

v.                                                                                    **ORDER**

COMMISSION HEARING OFFICER GUTWEIN             19 CV 3882 (VB)
and MARYANN HOLLAND,
             Defendants.
--------------------------------------------------------------x

      This case is scheduled for an initial pre-trial conference, to proceed by telephone, on October 21, 2020, at 2:00 p.m.  (See Doc. #27).  By October 14, 2020, plaintiff and defendant's counsel shall file on the ECF docket their proposed Civil Case Discovery Plan and Scheduling Order.

      Chambers will mail a copy of this Order to the plaintiff at the address on the docket.

Dated: September 11, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge